IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| American Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> National Mediation Board, <br><br> Defendant, <br><br> and <br><br> Communications Workers of America, AFL-CIO, CLC, and Bryan Wall, <br><br> Proposed Intervening Defendants. | Case No. 4:12-cv-00276-Y <br><br> JUDGE TERRY R. MEANS |

**PROPOSED INTERVENING DEFENDANTS COMMUNICATIONS WORKERS OF AMERICA AND BRYAN WALL'S NOTICE OF APPEAL**

Notice is hereby given that proposed Intervening Defendants Communications Workers of America, AFL-CIO, CLC ("CWA") and Bryan Wall appeal to the United States Court of Appeals for the Fifth Circuit from the order denying CWA and Bryan Wall's motion to intervene, Dkt. No. 46, entered into this action on June 19, 2012 and the Court's order for declaratory and injunctive relief, Dkt. No. 61, and final judgment, Dkt. No. 62, entered in this action on June 22, 2012.

Dated:  June 22, 2012 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Elizabeth A. Roma
　　　　　　　　　　　　　　　　　　　　JEFFREY A. BARTOS*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 435832
　　　　　　　　　　　　　　　　　　　　ELIZABETH A. ROMA*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 494679
　　　　　　　　　　　　　　　　　　　　N. SKELLY HARPER*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1004509
　　　　　　　　　　　　　　　　　　　　Guerrieri, Clayman, Bartos & Parcelli, P.C.
　　　　　　　　　　　　　　　　　　　　1625 Massachusetts Avenue, NW, Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
*Admitted　　　　　　　　　　　　　　　Telephone: (202) 624-7400
*Pro Hac Vice*　　　　　　　　　　　　　Fax: (202) 624-7420
　　　　　　　　　　　　　　　　　　　　Email: jbartos@geclaw.com
　　　　　　　　　　　　　　　　　　　　Email: eroma@geclaw.com
　　　　　　　　　　　　　　　　　　　　Email: sharper@geclaw.com

　　　　　　　　　　　　　　　　　　　　SANFORD R. DENISON
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 05655560
　　　　　　　　　　　　　　　　　　　　Baab & Denison, LLP
　　　　　　　　　　　　　　　　　　　　Stemmons Place, Suite 1100
　　　　　　　　　　　　　　　　　　　　2777 N. Stemmons Freeway
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75207
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 637-0750
　　　　　　　　　　　　　　　　　　　　Fax: (214) 637-0730
　　　　　　　　　　　　　　　　　　　　Email: denison@baabdenison.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Proposed Intervening Defendants*
　　　　　　　　　　　　　　　　　　　　*CWA and Bryan Wall*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" via electronic mail on that date to the following:

DEE J. KELLY
ROGER C. DISEKER
Kelly, Hart, & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: dee_kelly@khh.com
Email: roger_diseker@khh.com

*Counsel for Plaintiff American Airlines, Inc.*

PETER WECHSLER
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044
Email: Peter.Wechsler@usdoj.gov

*Counsel for Defendant NMB*

                                                   s/ Elizabeth A. Roma
                                                   ELIZABETH A. ROMA